AO 91 (Rev. 11/11) Criminal Complaint

DOA: 4/4/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Gumaro Lopez-Solis,<br>a.k.a.: Jesus Machado<br>A #216 403 040<br>*Defendant* | )<br>)<br>) Case No. 25-3125MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 10, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Gumaro Lopez-Solis, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 5, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY
Digitally signed by CHARLES BAILEY
Date: 2025.04.07 10:36:45 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Rachel E. Nava

☒ Continued on the attached sheet.

LUIS E TERAN
Digitally signed by LUIS E TERAN
Date: 2025.04.07 12:28:16 -07'00'

*Complainant's signature*

Luis E. Teran
ICE Deportation Officer

Sworn to telephonically.

Date: April 7, 2025

M Morrissey

*Judge's signature*

Michael T. Morrissey
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about March 10, 2025, Gumaro Lopez-Solis was arrested by officers with the Goodyear Police Department and booked into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. While Lopez-Solis was confined at the MCJ, ICE agents interviewed him and determined him to be a citizen of Mexico, unlawfully present in the United States. On or about the same date, an immigration detainer was lodged with the MCJ for Lopez-Solis. On or about April 4, 2025, Lopez-Solis was released to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Lopez-Solis was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed. On April 7, 2025, the ICE prosecutions unit reviewed Lopez-Solis's file and determined that he was amenable to prosecution, and removed him from administrative custody to criminal custody

3. Immigration history checks revealed Gumaro Lopez-Solis to be a citizen of Mexico and a previously deported alien. Lopez-Solis was removed from the United States to

1

Mexico, through Nogales, Arizona, on or about March 5, 2020, pursuant to a final order of removal issued by an immigration judge. There is no record of Lopez-Solis in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Lopez-Solis's immigration history was matched to him by electronic fingerprint comparison.

4. On or about April 4, 2025, Gumaro Lopez-Solis was advised of his constitutional rights. Lopez-Solis freely and willingly acknowledged his rights and agreed to provide a statement under oath. Lopez-Solis stated that his true and complete name is Gumaro Lopez-Solis, and that he is a citizen of Mexico and of no other country. Lopez-Solis also stated that he illegally entered the United States around "7 years" ago, at or near "Senorita" (near southern Arizona), without inspection by an immigration officer. Lopez-Solis further stated that he had been previously removed from the United States "two" times, and did not apply to the United States Attorney General or the Secretary of the Department of Homeland Security for permission to re-enter the United States after his last removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about March 10, 2025, Gumaro Lopez-Solis, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about March 5, 2020, and not having obtained the express consent of the

Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

**LUIS E TERAN** Digitally signed by LUIS E TERAN
Date: 2025.04.07 12:28:51 -07'00'

Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
April 7, 2025

M Morrissey

Michael T. Morrissey
United States Magistrate Judge

3